

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Barber Family Corporation, Appellant

No. 06-22-00060-CV      v.

Neotis Roberson, Appellee

Appeal from the County Court at Law of Cass County, Texas (Tr. Ct. No. CCL-07-C-222). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Barber Family Corporation, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 7, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk